ACCEPTED
06-15-00161-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/14/2015 2:28:14 PM
DEBBIE AUTREY
CLERK

IN THE COURT OF APPEALS
FOR THE SIXTH DISTRICT OF TEXAS

SHANNEY VELWOOD,
    Appellant

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/14/2015 2:28:14 PM
DEBBIE AUTREY
Clerk

v.                    No. 06-15-00161-CR

THE STATE OF TEXAS,
        Appellee

## SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW Appellant Shanney Velwood, by and through her undersigned counsel, and pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure, respectfully moves for a second extension of time to file her brief in this cause. In support, Appellant submits the following:

### I

After a jury trial, Appellant was convicted on May 20, 2015 in Cause No. 42474, 424th Judicial District Court, Burnet County, Texas of the offense of possession of a controlled substance. After she was sentenced, she filed a timely motion for new trial that was subsequently overruled by operation of law. Thereafter, on August 10, 2015, she filed timely notice of appeal.

### II

After the Clerk's Record and the Court Reporter's Record had been filed, this

Court set the deadline for Appellant's Brief, which was due to be filed on or before November 12, 5015. This Court, however, granted a motion for extension of time until December 14, 2015 based on the illness of undersigned counsel.

## III

Undersigned counsel sought medical attention, and has largely recovered. In the interim, however, counsel fell behind on all his work, including numerous writs of habeas corpus. In addition, counsel's only brother has been hospitalized with dementia after an apparent suicide attempt, and counsel has been trying to make arrangements for his treatment. Because of these reasons, counsel needs a short extension of time to complete the brief in this cause.

## IV

This is Appellant's second motion for extension of time. Appellant asks only that she be given a seven-day extension of time. Undersigned counsel, a former briefing attorney, fully understands the Court's desire to expedite the resolution of criminal cases, and files this motion only out of necessity.

Respectfully submitted,

/s/ Terrence W. Kirk
Terrence W. Kirk
State Bar No. 11513500
1504 West Avenue
Austin, Texas 78701
(512) 236-8511
(512) 474-8252 (Fax)

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this motion was emailed to Mr. Gary W. Bunyard, Assitant District Attorney, at g.bunyard@co.llano.tx.us, on this the 14th Day of December, 2015.

/s/ Terrence W. Kirk